# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| THOMAS FERRIEL, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 5:16-cv-159 |
| ROBERT PAGE, ET AL., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Thomas Ferriel's ("Ferriel") Objection to the Report and Recommendation of the United States Magistrate Judge. (Dkt. No. 10.) The Magistrate Judge's Report recommended denying Ferriel's motion for a preliminary injunction requesting transfer to the Arkansas Department of Corrections. (Dkt. No. 8 at 3.) After reviewing the objected to portions of the Report and Recommendation *de novo*, the Court finds the Report and Recommendation should be **ADOPTED**. (Dkt. No. 8.) Ferriel's Objection to the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 10) is **OVERRULED**.

**So ORDERED and SIGNED this 13th day of December, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE